**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**LATASHA BLAKE,**

    Plaintiff,

v.                                            **Case No. 3:10-cv-1178-J-37JBT**

**ENHANCED RECOVERY COMPANY, LLC.,**

    Defendant.
_____/

**ORDER TO SHOW CAUSE**

    This matter is before the Court on a status review. On January 4, 2011, this Court entered a Notice of Designation and Deadline for Filing of Case Management Report (Doc. #3). This Order states that the parties shall meet within 60 days after service of the complaint on the Defendant(s), or the first appearance of any Defendant, and file the Case Management Report within 14 days of the meeting. Plaintiff has failed to file a joint Case Management Report as required by Local Rule 3.05. Accordingly, Plaintiff is **ordered to SHOW CAUSE within fourteen (14) days** from the date of this Order why this case should not be dismissed for Plaintiff's failure to file a joint Case Management Report **as ordered** and otherwise prosecute this action pursuant to Local Rule 3.10.

    **DONE AND ORDERED** at Jacksonville, Florida, this 1st day of August, 2011.

ROY B. DALTON JR.
United States District Judge

_____

Copies to:    Counsel of record