# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| LATASHA BLAKE, on behalf of herself and all others similarly situated, | NO. 3:10-cv-01178-RBD-JBT |
| Plaintiff, | |
| vs. | |
| ENHANCED RECOVERY COMPANY, LLC | |
| Defendant. | |

## *EX PARTE* MOTION TO WITHDRAW DARRELL PALMER AS COUNSEL OF RECORD

Please take notice that Darrell Palmer of the Law Offices of Darrell Palmer PC, moves, *ex parte*, to withdraw as counsel of record for Plaintiff Latasha Blake. This withdrawal will not cause any delay in the prosecution of this action nor prejudice any party because the law firms of Palm Harbor Law Group PA, Law Offices of David Schafer PLLC (*Pro Hac Vice*) and Sweeney & Sweeney S.C. (*Pro Hac Vice*), continue to represent Plaintiff.

Dated: October 23, 2012        **LAW OFFICES OF DARRELL PALMER PC**

By: __/s/ Darrell Palmer_____
    Darrell Palmer
Attorneys for Plaintiff Latasha Blake

Darrell Palmer (Admitted *Pro Hac Vice*)
Kira Rubel (Admitted *Pro Hac Vice*)
Law Offices of Darrell Palmer PC
603 N. Highway 101, Suite A
Solana Beach, CA 92075
Phone: (858) 792-5600 / Fax: (858) 792-5655
Email: Darrell.palmer@palmerlegalteam.com
Email: kirarubel@gmail.com

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on October 23, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all participants in the case.

               /s/ Darrell Palmer_____
               Darrell Palmer